IRMA ROSEN, Respondent, *v.* NEW YORK LIFE INSURANCE COM-
PANY, Appellant, and SAMUEL ROSEN, Respondent.

Argued October 8, 1942; decided December 3, 1942.

*J. Nash Williams* and *Henry C. Frey* for appellant.

*Max Kavenoff* for defendant-respondent.

Order of the Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division against the defendant Samuel Rosen. (See *Rosen* v. *Equitable Life Assurance Society,* 289 N. Y. 333.) The question certified is answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.